IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>LYLE ROWSE,<br><br>                  Defendant. | 8:19-CR-34<br><br>ORDER ON MOTION TO DISMISS |

This matter is before the Court on the Government's Motion to Dismiss the Petition for Offender under Supervision, Filing 68, pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Dismiss, Filing 76, is granted; and

2. The Petition for Offender under Supervision, Filing 68, is dismissed without prejudice.

Dated this 24th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge